Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

2023 APR 25 PM 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Nicholas A. Ritrovato, III | Case No. _____ |
|  | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| E*TRADE Securities LLC, Pershing, LLC | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicholas A. Ritrovato, III |
| Street Address | 9 Wesley Park |
| City and County | Somerville, Middlesex |
| State and Zip Code | MA 02143 |
| Telephone Number | 617-767-2056 |
| E-mail Address | nicholas_ritrovato@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: E*TRADE Securities LLC
- Job or Title (if known):
- Street Address: 1 International Pl 13th floor
- City and County: Boston, Suffolk
- State and Zip Code: MA
- Telephone Number: (800) 387-2331
- E-mail Address (if known):

Defendant No. 2
- Name: Pershing LLC
- Job or Title (if known): Worldwide Headquarters
- Street Address: One Pershing Plaza
- City and County: Jersey City,
- State and Zip Code: NJ 07302
- Telephone Number: 201-413-3333
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1348 - Securities and commodities fraud—(1) and (2)
Exchange Act Rule 10b-5 [17 CFR 240.10b-5] and Section 10(b) [15 U.S.C. § 78j]

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Ritrovato v. E*Trade Securities LLC et al additional pages
III. Statement of Claim continued

## III. Statement of Claim

After discussing with Michael Kippenburg and Kenneth Fisher on a couple of occasions in Ken's office in 2002 and 2003 regarding Apple Computer Company future and recent price I had decided that Apple would be very profitable. Quite frankly I know how profitable Music sales are and was convinced that ITunes market share would be profitable and that the stock would appreciate significantly. Basically I had understood that Apple was taking a bath while the market was flat and repositioning for earnings and earnings growth and new product offerings. I asked about using options to control more shares than I could possibly hold long in order to make a bigger profit when the stock's earnings materialized. Next I had orders for call options filled for delivery into my self directed account at E*Trade placed by Mike.

I remember when this was occurring that I had to pay for the options the fees including commissions and premiums were something like $64,000.00. I had to pay Ken's fee of something like $5,000.00. Both fees were paid from my account at Ken's (This is also a Pershing account). The next matter was delivery of the two call option series that Mike bought to my account which is self directed (E*Trade).

I had recently learned of re-used account numbers in the industry and that my account at E*Trade had been recycled from another person. I don't know exactly why this happened, I mean that I had completed an application regular way when my account was opened in 1998 but I had ordered up a new account number anyways and got one. I reported this to Ken and Mike K. but they were in a rush to use the conference room for an appointment. Besides I didn't know the new account number and would have to ask E*Trade customer service. I thought we left that up to Mike K to ask them since E*Trade moved the few dollars and securities that I had in that account into the new one I should think this would be no problem.

E*Trade kept the former account (a recycled number) 1067-6873 open "to see if anything came through". They said. One thing I remember for sure is that it was reported to me by E*Trade that Mike Capuano had requested to watch my account during account opening in 1998. I didn't pay much attention to this at the time I was a student in business school with not much money. Now that I think of it, in hindsight, they may have been looking for the previous account owner's securities business transactions even though they had closed the account themselves. Nonetheless, in 2003 both Ken and Mike K only had the former number and purportedly delivered the securities there. E*Trade basically took delivery and the E*Trade representative and Pershing agents somehow lost or took the options contracts. I actually received a phone call from the E*Trade agent in 2003, a Pershing employee, where the agent asked how I got Apple in my account. I hadn't seen any Apple in my account, nor had I purchased any (only call options). Of course, I was only having access to the new account number where they had not been deposited.

Ritrovato v. E*Trade Securities LLC et al additional pages
III. Statement of Claim continued

What should have happened is that the options contracts long dated to expiration would have been deep in the money at expiration and been automatically executed settling a long position in the margin account that I had at E*Trade in my new account number 6425-0445. This would have been an extremely valuable position which cost something like $64,000.00 plus $5,000.00 and strike price execution. It would have been nearly 100% equity. The automatic execution at expiration would have resulted effectively in a magic like situation resembling money for nothing, or at least equity from nothing. I would still own the shares today on dividend reinvestment. Which brings me to my relief sought which is to be made whole on the exact amount of shares that automatic execution at expiration into my margin account with dividend reinvestment would have resulted in. In order to more accurately define the actual damages and relief sought a subpoena of E*Trade and Pershing will be required.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bought Apple options and had them delivered to E*Trade. Options were lost or stolen during the delivery process. See attached additional pages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be made whole on the exact amount of Apple shares that automatic execution at expiration into my margin account with dividend reinvestment would have resulted in. Deposit this made whole quantity of Apple shares into my current account at E*Trade which is number 5505-3282.

<u>Pro Se 1 (Rev. 09/16) Complaint for a Civil Case</u>

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/19/2023

Signature of Plaintiff: /s/Nicholas A. Ritrovato, III
Printed Name of Plaintiff: Nicholas A. Ritrovato, III

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney: Nicholas A. Ritrovato Pro Se
Bar Number:
Name of Law Firm:
Street Address: 9 Wesley Park, Somerville
State and Zip Code: MA 02143
Telephone Number: 617-767-2056
E-mail Address: nicholas_ritrovato@yahoo.com