**Nicholas A. Ritrovato** 
9 Wesley Park
Somerville, MA  02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

---

May 27, 2023

John Joseph Moakley U.S. Courthouse
Chief Judge F. Dennis Saylor, IV
1 Courthouse Way
Boston, MA 02210

      RE: **Motion for court ordered subpoena production regarding attached refusal letter of subpoena issued to E*Trade Securities LLC in the matter Nicholas A. Ritrovato, III v. E*trade Et al. Case #: 1:23-cv-10909-FDS**

Judge Saylor,

I received the attached response to my letter dated May 2, 2023, requesting subpoena production. Attorney Anne V. Dunne an associate with Greenberg Traurig refuses production on the grounds that my subpoena request is procedurally and substantively defective. Associate Dunne, in the letter, also announces her and GreenbergTraurig's appearance in the matter as having been retained by E*Trade. I object to the late appearance as it is disruptive in the hearing of the matter.

I requested production of information on my own account with E*Trade Securities; production regarding assets that are my property. I issued a subpoena. I filed the subpoena with the United States District Court, District of Massachusetts. I served it on E*Trade Securities LLC and Pershing LLC. I did this in compliance with Federal Rules of Civil Procedure.

I am filing this motion for court ordered production on the subpoena dated May 2, 2023, for the reasons stated in the accompanying letters filed with the court on that day.

If the court otherwise has access to the necessary discovery information I would be pleased to request a copy for the same reasons stated in the accompanying letter to the subpoena dated May 2,2023, and filed with the court.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato

CC  Greenberg Taurig LLP
     Associate Anne V Dunne
     Shareholder DAVID Thomas