

Anne V Dunne
Tel 617.310.5207
Fax 617.310.6001
Anne.Dunne@gtlaw.com

May 25, 2023

**VIA ELECTRONIC MAIL AND OVERNIGHT COURIER**

Nicholas A. Ritrovato, III
9 Wesley Park
Somerville, MA 02143
nicholas_ritrovato@yahoo.com

Re:   *Ritrovato v. E*TRADE Securities LLC, et al*, United States District Court, District of Massachusetts, Civil Action No. 1:23-cv-10909-FDS

Dear Mr. Ritrovato:

This firm has been retained by E*TRADE Securities LLC ("E*TRADE") in connection with the subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action dated May 2, 2023 and received on May 17, 2023 ("Subpoena") purportedly issued in the above-captioned matter. The Subpoena is procedurally and substantively defective and E*TRADE will not be responding.

Respectfully,

Anne V Dunne
Associate

AVD: