UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS A. RITROVATO, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E*TRADE Securities LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 23-10909-FDS |

# ORDER OF DISMISSAL

**SAYLOR, C.J.**

For the reasons stated in the Order dated July 5, 2023, the action is dismissed.

                                        ROBERT M. FARRELL
                                        CLERK OF COURT

Dated: 07/05/2022                            By /s/ Matthew McKillop
                                                                              Deputy Clerk