UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2023 JUL 10 PM 2: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NICHOLAS A. RITROVATO III, <br><br> Plaintiff, <br><br> v. <br><br> E*TRADE SECURITIES, LLC, and PERSHING, LLC, <br><br> Defendants. | Civil Action No. <br> 23-10909-FDS |

## OBJECTION and MOTION TO VACATE ORDERS OF DISMISSAL.

PLAINTIFF hereby objects to and motions to vacate the orders of dismissal in civil action 23-10909-FDS Document 9 and 10 Filed July 5, 2023. On the grounds that complaint and subpoena were filed in an exculpatory effort (Document 4, 4-1, & 4-2) an effort to discover where my options/shares are, what the proximate cause of the loss was, which party is liable for the loss and to obtain relief.

PLAINTIFF bought Apple options and had them delivered to E*Trade. Options were lost or stolen during the delivery process. A complaint was filed and subpoena was filed with court and the DEFENDANTS were notified and requested to produce on the subpoena. The complaint and subpoena were filed in an exculpatory effort to discover the facts constituting the violation; thereby eliminating or extending any time bar until after subpoena production and summons answer consistent with 28 U.S. Code § 1658 - Time limitations on the commencement of civil actions arising under Acts of Congress

> (b)... a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—
>
> (1) 2 years after the discovery of the facts constituting the violation; or
>
> (2) 5 years after such violation.

E*Trade basically took delivery and the E*Trade representative and Pershing agents somehow lost or took the options contracts. PLAINTIFF actually received a phone call from the E*Trade agent in 2003, a Pershing employee, where the agent asked how PLAINTIFF got Apple in my account. PLAINTIFF hadn't seen any Apple in my account, nor had PLAINTIFF purchased any (only call options). Of course, PLAINTIFF was only having access to the new account number where they had not been deposited. PLAINTIFF didn't really know what DEFENDANT was talking about.

Absent any claim under securities regulation a federal question would arise in a probable aggravated securities fraud claim; a violation of 18 U.S. Code § 1348 - Securities and commodities fraud (1) and (2). The relief sought in the civil action in the wake of that federally prohibited act (a federal question), a resultant tortuous claim of self enrichment to be made whole on the exact amount of Apple shares that an automatic execution at expiration of the options contracts into PLAINTIFF's margin account with dividend reinvestment would otherwise have resulted in.

Where are my shares? What was the proximate cause of the loss? Who has liability? The relief sought is to deposit a made whole quantity of Apple shares into PLAINTIFF's current account at E*Trade which is number 5505-3282; a civil recovery of a probable tortuous claim of self enrichment.

This ___6th___ day of ___july___, 2023

Signature of Plaintiff  
Printed Name of Plaintiff     Nicholas A. Ritrovato, III

Signature of Attorney  
Printed Name of Attorney     Nicholas A. Ritrovato, III pro se

Bar Number                       pro se  
Name of Law Firm                 pro se  
Street Address                   9 Wesley Park, Somerville  
State and Zip Code               MA, 02143  
Telephone Number                 617-764-5181  
Mobile Telephone Number          617-767-2056  
E-mail Address                   nicholas_ritrovato@yahoo.com